UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 John Steven Bonus

Case No.: _____17-12358_____

Chapter: _____7_____

Judge: _____Kaplan_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: _John Steven Bonus_____

This will confirm that on _____4/6/2017_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) _A/B, C_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information
(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: _4/11/2017_____            Jeanne A. Naughton, Clerk

*rev.1/4/17*