UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  John Bonus

Case No.: 17-12358
Chapter: 7
Judge: MBK

### NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __May 8, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1060 Ashton Avenue
Beverly, New Jersey
Valued at $150,000.00

Liens on property:    Quicken Loans, $152,824.00

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:    Karen E. Bezner, Trustee   /s/  Karen E. Bezner

Address:    567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.:  (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
John Steven Bonus  
    Debtor

Case No. 17-12358-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 11, 2017  
                   Form ID: pdf905     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2017.

```
db              +John Steven Bonus,    1060 Ashton Avenue,    Beverly, NJ 08010-1002
516632585       +AES-DDB,    PO Box 8183,    Harrisburg, PA 17105-8183
516632586        Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
516632587        Cardmember Services,    PO Box 22058,    Tulsa, OK 74121-2058
516632588        Chase,    PO Box 15123,    Wilmington, DE 19850-5123
516632590       +Discover,    PO Box 30396,    Wilmington, DE 19805-7396
516632591       +Discover Personal Loan,    PO Box 3396,    Salt Lake City, UT 84110
516632584      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: 5th Third Bank,    38 Fountain Square Plaza,    Cincinnati, OH 45263)
516632593       +Pennsylvania Higher Education Assistance,    1200 North Seventh Street,
                 Harrisburg, PA 17102-1419
516632596       +Spencer Savings Bank,    611 Riverdrive,    Elmwood Park, NJ 07407-1348
516632598        Wells Fargo Card Services,    PO Box 5284,    Carol Stream, IL 60197-5284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 11 2017 22:48:24     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 11 2017 22:48:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516632589       E-mail/Text: mrdiscen@discover.com Apr 11 2017 22:47:38     Discover,    PO Box 30396,
                 Salt Lake City, UT 84130-0396
516632592       E-mail/Text: bnckohlsnotices@becket-lee.com Apr 11 2017 22:47:45     Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
516632594      +E-mail/Text: bankruptcyteam@quickenloans.com Apr 11 2017 22:48:49     Quicken Loans,
                 1050 Wood Ward Avenue,    Detroit, MI 48226-1906
516632595       E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 22:45:02     Sam's Club/Synchrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
516632597       E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 22:45:02     Sychrony Bank/Amazon,
                 PO Box 960013,    Orlando, FL 32896-0013
                                                                                              TOTAL: 7
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Theodore Sliwinski    on behalf of Debtor John Steven Bonus tedsliwinski@gmail.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```