UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:   John Steven Bonus                               Case No.   17-12358  -MBK

                    Debtor(s)                                       Chapter 7

**NOTICE OF HEARING ON REAFFIRMATION AGREEMENT**

You are hereby notified of a hearing before the Honorable Michael B. Kaplan, United States Bankruptcy Judge.

SUBJECT OF HEARING:  Issues Regarding Proposed Reaffirmation Agreement between Debtor and
Creditor ____Fifth Third Bank_____

| | | |
|---|---|---|
| ☐ Excessive Interest Rate | ☐ Debtor Part C Incomplete | ☐ Insufficient Income |
| ☐ Relates to a Mortgage | ☐ Creditor Payment Information Incomplete | ☐ Relying on 3rd Party Income |
| ✔ Other: | ☐ Presumption of Undue Hardship | |

LOCATION OF HEARING:  Clarkson S. Fisher United States Courthouse
Courtroom #8
402 East State Street
Trenton, NJ  08608

DATE AND TIME:   May 8th 2017   at   2:00pm

PRIOR to the Hearing Date, Pro Se Debtors may call Chambers at to 609 858 9397 to Request a Hearing by Telephone.

Parties Wishing to Appear in Person Must Advise Chambers Prior to the Hearing Date,
Otherwise the Matter Will Be Heard on the Papers

Please note that the Director of the Administrative Office of the United States Courts has published a recommended form of Reaffirmation Agreement, Form B240A (4/10) and Reaffirmation Agreement Cover Sheet, Form B27 (12/09).  These forms are available on this Court's website at www.njb.uscourts.gov. Click on Forms, then AO Procedural Forms. If you have not already done so, please file a substitute Reaffirmation Agreement using Form B240A (4/10) and Reaffirmation Agreement Cover Sheet using Form B27 (12/09).

Clerk

Jeanne A Naughton

I hereby certify that I mailed a copy of the above notice to:

Debtor(s); Attorney for the Debtor(s)(if any); Creditor; Attorney for the Creditor (if any);
United States Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12358-MBK
John Steven Bonus                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 18, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
db         +John Steven Bonus,   1060 Ashton Avenue,   Beverly, NJ 08010-1002
cr         +Fifth Third Bank,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
    Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
    Theodore Sliwinski    on behalf of Debtor John Steven Bonus tedsliwinski@gmail.com
    U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                       TOTAL: 5