UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: 17-12358
John Steven Bonus  : Chapter: 7
 : Judge: Kaplan
Debtor(s) :

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
1060 Ashton Avenue, Beverly, New Jersey

JEANNE A. NAUGHTON, Clerk

Date: 5/2/2017     By: Gary A. Nau

*rev.2/10/17*