**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John Steven Bonus** | Social Security number or ITIN   xxx–xx–7959 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–12358–MBK | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Steven Bonus

5/19/17

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12358-MBK
John Steven Bonus                                                     Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 19, 2017
                             Form ID: 318              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
```
db         +John Steven Bonus,    1060 Ashton Avenue,   Beverly, NJ 08010-1002
cr         +Fifth Third Bank,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
516632585  +AES-DDB,    PO Box 8183,   Harrisburg, PA 17105-8183
516632590  +Discover,   PO Box 30396,   Wilmington, DE 19805-7396
516632591  +Discover Personal Loan,    PO Box 3396,   Salt Lake City, UT 84110
516632584  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: 5th Third Bank,    38 Fountain Square Plaza,   Cincinnati, OH 45263)
516632593  +Pennsylvania Higher Education Assistance,    1200 North Seventh Street,
             Harrisburg, PA 17102-1419
516632596  +Spencer Savings Bank,    611 Riverdrive,   Elmwood Park, NJ 07407-1348
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 23:14:42     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 23:14:38     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516632586   EDI: BANKAMER.COM May 19 2017 22:48:00     Bank of America,    PO Box 15019,
             Wilmington, DE 19886-5019
516632587   EDI: CHASE.COM May 19 2017 22:58:00     Cardmember Services,    PO Box 22058,
             Tulsa, OK 74121-2058
516632588   EDI: CHASE.COM May 19 2017 22:48:00     Chase,    PO Box 15123,   Wilmington, DE 19850-5123
516632589   EDI: DISCOVER.COM May 19 2017 22:48:00     Discover,    PO Box 30396,
             Salt Lake City, UT 84130-0396
516632592   EDI: CBSKOHLS.COM May 19 2017 22:58:00     Kohl's,    PO Box 2983,   Milwaukee, WI 53201-2983
516632594  +E-mail/Text: bankruptcyteam@quickenloans.com May 19 2017 23:15:06     Quicken Loans,
             1050 Wood Ward Avenue,   Detroit, MI 48226-1906
516632595   EDI: RMSC.COM May 19 2017 22:48:00     Sam's Club/Synchrony Bank,    PO Box 530942,
             Atlanta, GA 30353-0942
516632597   EDI: RMSC.COM May 19 2017 22:48:00     Sychrony Bank/Amazon,    PO Box 960013,
             Orlando, FL 32896-0013
516632598   EDI: WFFC.COM May 19 2017 22:58:00     Wells Fargo Card Services,    PO Box 5284,
             Carol Stream, IL 60197-5284
                                                                            TOTAL: 11
```

```
       ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
```
            Denise E. Carlon   on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com,
            Karen E. Bezner   Kbez@bellatlantic.net,   NJ61l@ecfcbis.com;KarenEBeznerEsq@aol.com
            Karen E. Bezner   on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
              NJ61l@ecfcbis.com;KarenEBeznerEsq@aol.com
            Theodore  Sliwinski   on behalf of Debtor John Steven Bonus tedsliwinski@gmail.com
            U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 5
```